Scott D. Tenley (Cal. Bar No. 298911)
TENLEY LAW, P.C.
620 Newport Center Drive, Suite 1100
Newport Beach, California 92660
Telephone: (949) 749-2300

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| PRACTICAL MAGIC, LLC; and ANGEL VALLEY PRODUCTIONS, LLC | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:23-cv-04295-WLH(JCx) |
| v. | |
| GENEVIEVE VON PETZINGER | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Exhibit 9 to Declaration of Matthew Lewis (Dkt No. 30-22) - multimedia file lodged on USB drive
Exhibit 11 to Declaration of Matthew Lewis (Dkt. No. 30-24) multimedia file lodged on USB drive
Exhibit 13 to Declaration of Matthew Lewis (Dkt. No. 30-26) - multimedia file lodged on USB drive
Exhibit 14 to Declaration of Matthew Lewis (Dkt. No. 30-27) - multimedia file lodged on USB drive

**Reason:**
☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

1/16/2024
Date

Scott D. Tenley
Attorney Name

Practical Magic & Angel Valley Productions
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)   NOTICE OF MANUAL FILING OR LODGING