1  Genevieve von Petzinger (*Pro se* Defendant)
2  406 Beach Drive
3  Victoria, BC, Canada
4  V8S 2M4
   Telephone: (236) 508-7393
5  E-mail: gvonpetz@gmail.com

FILED
CLERK, U.S. DISTRICT COURT

3/4/24

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CS___ DEPUTY

6

7

8

9           UNITED STATES DISTRICT COURT

10          CENTRAL DISTRICT OF CALIFORNIA

11 PRACTICAL MAGIC, LLC; and      )  Case No. 2:23-cv-04295-WLH(JCx)
12 ANGEL VALLEY PRODUCTIONS,      )
   LLC,                           )  **NOTICE OF LODGING OF**
13                                )  **AMENDED [PROPOSED] ORDER**
                                  )
14         Plaintiffs,            )
                                  )
15                                )
            v.                    )
16                                )
                                  )
17 GENEVIEVE VON PETZINGER,       )
                                  )
18         Defendant.            )
19 _____)

20

21     **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY(S) OF**

22 **RECORD:**

23     **PLEASE TAKE NOTICE** that, Defendant, Genevieve von Petzinger,

24 hereby lodges an Amended [Proposed] Order regarding Plaintiffs' Motion to

25 Enforce the Preliminary Injunction (Dkt. No. 30).

26     The Amended [Proposed] Order, sets forth a detailed protocol for the

27 turnover of all of Defendant's devices to a third-party vendor for forensic

28 imaging, the search term selection process, methods for gathering the digital data,

1  procedures for first review of the Responsive Materials by Defendant for the

2  identification of privileged or protected Material, followed by the process for

3  Plaintiffs' review of the Responsive Materials. This Order also includes the Non-

4  Waiver Pursuant to Federal Rule of Evidence 502(d).

5  DATED: March 4, 2024

7  _____

8  GENEVIEVE VON PETZINGER

2