1

## <u>DECLARATION OF SCOTT D. TENLEY</u>

2      I, Scott D. Tenley, hereby declare as follows:

3          1.      I am an attorney licensed to practice law in the state of California and attorney

4  of record for plaintiffs Practical Magic, LLC and Angel Valley Productions, LLC

5  (collectively "Plaintiffs").  I submit this declaration in support of Plaintiffs' *ex parte*

6  application for an Order to Show Cause re: Contempt.

7          2.      Attached hereto as Exhibit 1 is a true and correct copy of a February 28, 2024

8  email from Jon Avins, Esq. to the chambers email account of the Honorable Wesley L.

9  Hsu (the "Chambers Email Account").

10         3.      Attached hereto as Exhibit 2 is a true and correct copy of an email thread I

11 exchanged with defendant Genevieve von Petzinger from March 5, 2024 to March 17,

12 2024 for the purpose of coordinating the logistics related to the forensic collection of her

13 digital devices and data as contemplated in the Court's March 5, 2024 Order.

14         4.      Attached hereto as Exhibit 3 is a true and correct copy of an email message I

15 received from defendant on March 18, 2024.  I did not receive any further correspondence

16 from defendant on March 18 or 19, 2024.

17         5.      Attached hereto as Exhibit 4 is a true and correct copy of an email message I

18 received from the Chambers Email Account on March 19, 2024 which responded to an

19 email Ms. von Petzinger had sent to the Chambers Email Account on March 18, 2024.

20         6.      On March 20, 2024, I sent an email to defendant notifying her of Practical

21 Magic's intent to submit an ex parte application for an order to show cause.  I also offered

22 to make myself available for a telephone call to discuss the application.  As of the time of

23 this filing, defendant has not responded.

24         I declare under penalty of perjury under the laws of the United States of America

25 //

26 //

27

28

that the foregoing is true and correct.

Executed this 20th day of March 2024, in Newport Beach, California.

_____

SCOTT D. TENLEY

# Exhibit 1

**Scott Tenley**

| | |
|---|---|
| **From:** | jonavins1024@gmail.com |
| **Sent:** | Wednesday, February 28, 2024 7:04 AM |
| **To:** | 'WLHChambers' |
| **Cc:** | Scott Tenley |
| **Subject:** | Practical Magic, LLC et al. v. von Petzinger, No. 2:23-cv-04295-WLH(JCx) |

Dear Ms. Crawford,

Good morning.  I write in regard to *Practical Magic, LLC et al. v. von Petzinger*, No. 2:23-cv-04295-WLH(JCx).  Plaintiffs' counsel, Scott Tenley, is copied to this email.

A hearing to enforce Plaintiffs' Motion to Enforce the Preliminary Injunction is scheduled for this Friday at 10:00am.  Defendant Ms. von Petzinger has informed me that she will not attend the hearing, that she will not "further participate" in this proceeding, and that she will not obey any Order entered by this Court following Friday's hearing.

Given the ethical responsibilities of attorneys to the Court, Ms. von Petzinger's chosen course of action makes my continued representation of her impossible.  I cannot represent a party in this Court who will not submit to the authority of this Court.  I informed Mr. Tenley of this yesterday.

I am admitted to this Court for this matter pro hac vice.  After consultation with Local Counsel, I yesterday filed a Request for Substitution of Attorney, with Ms. von Petzinger's free and knowing consent.  I have also withdrawn my representation of Ms. von Petzinger in the related arbitration proceeding.

Respectfully Submitted,
Jon Avins

# Exhibit 2

**Scott Tenley**

| | |
|---|---|
| **From:** | Scott Tenley |
| **Sent:** | Sunday, March 17, 2024 6:59 PM |
| **To:** | Genevieve von Petzinger |
| **Subject:** | Re: 2:23-cv-04295-WLH-JC Practical Magic, LLC et al v. Genevieve Von Petzinger |

Also, the technician is taking a commuter flight to Victoria landing at 9:15 so please allow a reasonable time in case his flight is delayed.

Scott D. Tenley
TENLEY LAW, P.C.
Office: (949) 749-2300
Mobile: (949) 302-6570

On Mar 17, 2024, at 6:41 PM, Scott Tenley <scott@tenleylaw.com> wrote:

Thank you. The meeting will occur at Starbucks at 9:30 am Monday.
Regards,
Scott

Scott D. Tenley
TENLEY LAW, P.C.
Office: (949) 749-2300
Mobile: (949) 302-6570

On Mar 17, 2024, at 10:16 AM, Genevieve von Petzinger
<gvonpetz@gmail.com> wrote:

Hello Mr. Tenley,

Here are a couple of options for the vendor as one may be preferable based on where they live in town (and whether they prefer Starbucks or Tim Hortons coffee):

Starbucks at 1959 Fort St (Fort and Foul Bay)
Tim Hortons 3749 Shelbourne St (at Cedar Hill Cross Rd)

On Sun, Mar 17, 2024 at 8:18 AM Scott Tenley <scott@tenleylaw.com> wrote:

> Dear Ms. von Petzinger,
>
> I am again requesting that you provide the location where you would like to meet tomorrow, such as a coffee shop.
>
> Regards,
> Scott
>
>
>
>
> Scott D. Tenley
> TENLEY LAW, P.C.
> Office: (949) 749-2300
> Mobile: (949) 302-6570
>
>
>> On Mar 16, 2024, at 5:00 PM, Genevieve von Petzinger <gvonpetz@gmail.com> wrote:
>>
>>
>> Hi Scott,
>>
>> A coffee shop on Monday is fine after 9:30 am (I have to drop off my kids before then).
>>
>> Also, as per injunction order, I wanted to inform you that a video trailer for the Paleo Post Podcast was published online yesterday. I am in the video since I was the co-host prior to recusing myself due to the injunction. To avoid unnecessary letters, I avoided even public domain archaeological terms such as "geometric signs" and all the footage and photos used are from sites outside of Europe. And no, I was not paid for it.

Here is the link:
https://youtu.be/auFwtWz3sY4?si=TDpoR_FyR-SEkSnE

Regards,

Genevieve

On Fri, Mar 15, 2024 at 6:25 PM Scott Tenley
<scott@tenleylaw.com> wrote:

Dear Ms. von Petzinger,

The forensic vendor is prepared to meet you on Monday
morning in Victoria, B.C.  Please advise of the location where
you would like to meet (i.e., your residence, coffee shop, etc.).  I
will confirm a more precise time once we have your location
preference.

With respect to Apple boxes for "wallet activity" and
"iContacts," the Court's order required you to select "all
available options."  (*See* Dkt No. 57 at n.1.)  We will revisit this
issue once the collection and imaging is complete, and reserve
all rights.

Have a nice weekend.

Regards,

Scott

Scott D. Tenley

**TENLEY LAW, P.C.**

(949) 749-2300 Office

(949) 302-6570 Mobile

---

**From:** Genevieve von Petzinger <gvonpetz@gmail.com>
**Sent:** Wednesday, March 13, 2024 9:00 PM
**To:** Scott Tenley <scott@tenleylaw.com>
**Subject:** Re: 2:23-cv-04295-WLH-JC Practical Magic, LLC et al v. Genevieve Von Petzinger

Dear Scott,

I did indeed get things started.  However, I did not check off the Apple boxes for "wallet activity" or "iContacts" as I could not see how those items could have anything to do with the IP covered by the injunction.

No thank you re: a return trip to Seattle for my devices, as that would take 2 days minimum, and that's presuming we did not get bad weather as flights and ferries regularly get cancelled this time of year.  If there is a local contractor in Victoria then that seems much simpler to me?

Regards,

Genevieve

On Wed, Mar 13, 2024 at 9:12 AM Scott Tenley <scott@tenleylaw.com> wrote:

  Dear Ms. von Petzinger,

Did you commence the Google Take Out and Apple Data Export last night?

Our vendor has staff in Victoria, BC that can collect the image remotely, but the nearest lab is in Seattle.  If you would prefer not to transport your devices to Seattle personally, we can arrange for someone to pick them up from you and return them to you when the imaging is complete.  Please advise of how you wish to proceed as soon as possible.

It is currently our understanding that you used iPad(s) other than Aitor's during production. We will further evaluate this understanding and your statements to the contrary once the device imaging has been completed.

Regards,

Scott

Scott D. Tenley

**TENLEY LAW, P.C.**

(949) 749-2300 Office

(949) 302-6570 Mobile

**From:** Genevieve von Petzinger <gvonpetz@gmail.com>
**Sent:** Tuesday, March 12, 2024 4:54 PM
**To:** Scott Tenley <scott@tenleylaw.com>
**Subject:** Re: 2:23-cv-04295-WLH-JC Practical Magic, LLC et al v. Genevieve Von Petzinger

Dear Scott,

I will read through the instructions this evening and figure out what needs to be done.

Regarding forensic labs, I know Seattle is only about 100 miles from Victoria as the crow flies, but it is a full-day affair to get there from the island involving customs, flights and/or ferries and driving - it is also quite expensive. Were you not able to find anyone in Victoria, BC capable of doing the forensic imaging?

Yes, all devices will be included. This does include my son's iPad, but just to be clear, I looked through the device and wasn't seeing anything from filming the Series on there? I did borrow fellow academic presenter Aitor Ruiz's iPad Pro a few times while we were in caves - maybe that's the one you're thinking of? (I bought that one for Aitor for a previous archaeological project, so I know it is also an iPad Pro.)

Regards,

Genevieve

On Tue, Mar 12, 2024 at 12:05 PM Scott Tenley <scott@tenleylaw.com> wrote:

Dear Ms. von Petzinger,

If you have sufficient internet connectivity to access email, you will be able to execute the instructions for Google Takeout and Apple Data Export that were attached to my March 7 email.  It requires only a few steps on your end to initiate, with the processing occurring on the Google/Apple side.  Please confirm you have followed the instructions and initiated the process.

Your email message refers to your laptop and your iPhone.  Please confirm that you intend to submit for imaging *all* your digital devices, including tablets (such as the iPad(s) you used for LiDAR/Photogrammetry during the Series, which I believe was an iPad Pro model).

We share your goal of depriving you of access to your devices for the shortest time-period possible.  You are correct that forensic processes can be performed faster and more efficiently in the lab as compared to off-site collection, likely resulting in getting your devices back sooner.  The nearest lab to you is in Seattle.  If the imaging occurs in Victoria, the vendor will use off-site collection tools which will likely take longer.  Also, I do not believe the imaging process can be paused once it begins, meaning that the process may need to run overnight.  Please confirm as soon as possible if you want to bring your devices to the Seattle lab so that we do not expend further resources preparing for collection in Victoria.  If you cannot drive to Seattle, we can work with the vendor to arrange for direct pick up and return.

Finally, the Court has not ordered the use of search terms and you may not withhold your devices pending discussion of search terms.  As set forth in the order, you will be afforded the opportunity to review the data before it is disclosed to Practical Magic to remove privileged communications and several other types of private data as specifically identified in the order, subject to logging all items excised.

Regards,

Scott Tenley

Scott D. Tenley

**TENLEY LAW, P.C.**

(949) 749-2300 Office

(949) 302-6570 Mobile

---

**From:** Genevieve von Petzinger <gvonpetz@gmail.com>
**Sent:** Tuesday, March 12, 2024 5:51 AM
**To:** Scott Tenley <scott@tenleylaw.com>
**Subject:** Re: 2:23-cv-04295-WLH-JC Practical Magic, LLC et al v. Genevieve Von Petzinger

Dear Mr. Tenley,

I am working at the moment with limited internet access. I will do what I can. Since I only have one phone and laptop, I do not wish to be without my devices overnight, especially as getting things on and off Vancouver Island is always slow, so that would really mean being without them for more like two days. My understanding is that it does not take long to do the actual imaging. My laptop hard drive is only around 250 GB, same with my phone, so I would presume that would be fairly fast if I went to a lab?

I was advised by the forensic imaging experts I spoke with before that I should not turn over my devices until we had stipulated to search terms. Did I miss an email from you with your proposed suggestions?

Regards,

Genevieve


On Mon, Mar 11, 2024 at 9:26 PM Scott Tenley
<scott@tenleylaw.com> wrote:

Dear Ms. von Petzinger,

Pursuant to my March 7 email below, please confirm that
you have initiated the Google Takeout and Apple Data Export
processes.  If you have not done so, the collection process
will likely take several days longer than would otherwise be
necessary.  We reserve the right to immediately apply to the
Court for reimbursement of any excess costs and fees should
you chose not to cooperate with these pre-collection
instructions.

With respect to the imaging of your devices, our vendor has
advised that the imaging process will be significantly quicker
if done in their forensics labs rather than remotely (i.e., at a
location in Victoria).  To the extent you want to minimize the
time you are without your electronic devices, we can make
arrangements for your devices to be sent to the forensic lab
overnight and returned to you via overnight delivery once
the images are made.  If the collection is done in Victoria, the
process could easily take several days to complete depending
on the size and complexity of the data.

I request the courtesy of a response to this email.

Regards,

Scott Tenley

Scott D. Tenley

**TENLEY LAW, P.C.**

(949) 749-2300 Office

(949) 302-6570 Mobile

---

**From:** Scott Tenley
**Sent:** Thursday, March 7, 2024 8:49 AM
**To:** Genevieve von Petzinger <gvonpetz@gmail.com>
**Subject:** RE: 2:23-cv-04295-WLH-JC Practical Magic, LLC et al v. Genevieve Von Petzinger

Dear Ms. von Petzinger,

Thank you for providing your availability.  We are targeting March 16 for the collection; I will provide final confirmation as soon as possible.  Because this date is at the end of the 14-day collection window, it is important that several simple data export steps began immediately so they have time to process.  Specifically, with respect to Google Takeout and Apple Data Export, once those processes are started, it may take up to 7 days before the data is available for download, and several days thereafter to complete the download (depending on the file size).  So that the vendor may begin the download on March 16 or a date thereafter when the collection is confirmed, the vendor has asked that you begin the export process now.  I have attached instructions.

Please confirm once these processes are underway.

Regards,

Scott Tenley

Scott D. Tenley

**TENLEY LAW, P.C.**

(949) 749-2300 Office

(949) 302-6570 Mobile

---

**From:** Genevieve von Petzinger <gvonpetz@gmail.com>
**Sent:** Wednesday, March 6, 2024 7:22 AM
**To:** Scott Tenley <scott@tenleylaw.com>
**Subject:** Re: 2:23-cv-04295-WLH-JC Practical Magic, LLC et al v. Genevieve Von Petzinger

Dear Mr. Tenley,

I am not available until after March 15. Imaging and collection at the Beach Drive residence is one option, but I do also have the capacity to drive to a business location in Victoria.

Thanks,

Genevieve

On Tue, Mar 5, 2024 at 2:58 PM Scott Tenley <scott@tenleylaw.com> wrote:

Dear Ms. von Petzinger,

The order has been entered.  Please advise of any dates
between now and March 19 where you are _not_ available for
forensic imaging and collection.  Also, if we are able to
arrange to conduct the imaging and collection in Victoria,
please confirm that you would like it to occur at your
residence on Beach Drive in Victoria.


Regards,

Scott Tenley


Scott D. Tenley

**TENLEY LAW, P.C.**

(949) 749-2300 Office

(949) 302-6570 Mobile

---

**From:** Genevieve von Petzinger <gvonpetz@gmail.com>
**Sent:** Tuesday, March 5, 2024 12:00 PM
**To:** Scott Tenley <scott@tenleylaw.com>
**Subject:** Re: 2:23-cv-04295-WLH-JC Practical Magic, LLC et al v.
Genevieve Von Petzinger


Hi Mr. Tenley,


I checked Pacer and I'm not seeing any signed Order
from the Judge?  My experience may be very limited, but I

think it would be prudent to wait for His Honor's Order before making plans.

Thank you,

Genevieve

On Tue, Mar 5, 2024 at 10:56 AM Scott Tenley <scott@tenleylaw.com> wrote:

Dear Ms. von Petzinger,

In the next two weeks, are there are any dates where you are _not_ available for the imaging and collection of your digital devices and electronic storage accounts.  Also, if we are able to identify a vendor that can meet you at your residence, would it be the Beach Drive address in Victoria?

Thank you,

Scott

Scott D. Tenley

**TENLEY LAW, P.C.**

(949) 749-2300 Office

(949) 302-6570 Mobile

# Exhibit 3

**Scott Tenley**

| | |
|---|---|
| **From:** | Genevieve von Petzinger <gvonpetz@gmail.com> |
| **Sent:** | Monday, March 18, 2024 8:05 AM |
| **To:** | Scott Tenley |
| **Subject:** | Re: 2:23-cv-04295-WLH-JC Practical Magic, LLC et al v. Genevieve Von Petzinger |

Dear Mr. Tenley,

After much reflection over the past week, I have decided that I cannot in good conscience comply with the Order.  The lack of privacy safeguards in the Order you submitted are, as you and my previous counsel had already discussed, deeply problematic.

Beyond a very narrow band of protected familial and medical/financial information, I would be handing your client unfettered access, from January 2017 (prior to me even meeting your client) to the present, to all my work projects, whether related to the Series or not; all the evidence I have collected of your client's malfeasance; all my private and business correspondence, including email and messaging apps, which is a serious invasion of not only my privacy, but also of all those with whom I've corresponded; as well as imagery of sacred art that is protected by an MOU plus my personal assurances to the indigenous people in question that no other outsiders would ever see their private spiritual imagery.

Integrity is very important to me, and this would be an unacceptable betrayal of trust to everyone in my life, especially with Mr. Lewis' hacking background and his well documented previous malicious attempts to besmirch my character and destroy my reputation.  I will not give him any private information about other people we have in common, and who have supported me during this difficult experience, that he might try to use to punish them, the way he has tried to punish me.  The scope and overreach of the Order you submitted make no sense if your client's only goal is to confirm that there is no "secret database" or other IP directly related to the Series, but it makes perfect sense if this is a fishing expedition. Additionally, yours and your client's ongoing attempts to use this lawsuit to sabotage my career and restrict my trade, as well as your aggressive and uncollaborative behaviour, mean that I have no trust in you or Mr. Lewis behaving in good faith with all this data going into the future, even if I were to turn it over.

To be perfectly clear and to make sure there is no confusion, I will no longer be participating in this Injunction or the related Order.

Please do not contact me again unless you have a serious settlement offer that properly compensates me for your client's misrepresentations, multiple breaches of contract, and his fiscal

1

mismanagement and incompetent handling of my Series, The First Signs, based on my book, my TED talk, my creative notes, my contacts, and my life's work as a respected researcher.

Sincerely,

Genevieve von Petzinger

# Exhibit 4

**Scott Tenley**

| | |
|---|---|
| **From:** | WLHChambers <WLH_Chambers@cacd.uscourts.gov> |
| **Sent:** | Tuesday, March 19, 2024 8:53 AM |
| **To:** | Genevieve von Petzinger |
| **Cc:** | Scott Tenley |
| **Subject:** | RE: 2:23-cv-04295-WLH-JC Practical Magic, LLC et al v. Genevieve Von Petzinger |

Ms. Petzinger,

You cannot communicate with the court ever without copying the other side.  The court will not consider your email.

Thank you,



**HOLIDAE CRAWFORD**
COURTROOM DEPUTY TO THE HONORABLE WESLEY L. HSU
**UNITED STATES DISTRICT COURT**
**CALIFORNIA CENTRAL DISTRICT COURT**
255 East Temple Street
Los Angeles, CA 90012-3332
Office: (213) 894-5234    Fax: (213) 894-6860
Email: Holidae_Crawford@cacd.uscourts.gov

**From:** Genevieve von Petzinger <gvonpetz@gmail.com>
**Sent:** Monday, March 18, 2024 8:07 AM
**To:** WLHChambers <WLH_Chambers@cacd.uscourts.gov>
**Subject:** Fwd: 2:23-cv-04295-WLH-JC Practical Magic, LLC et al v. Genevieve Von Petzinger

<mark>CAUTION - EXTERNAL:</mark>

Dear Ms. Crawford,

It is with deep regret that I must inform His Honor that I cannot in good conscience comply with his recent Order.  The reasons behind this difficult decision are outlined in the email below that I sent to Opposing Counsel a few moments ago.  I mean absolutely no disrespect to His Honor or the American legal system, and I hope you will pass on my sincere apologies.  I wish I could have shown His Honor the Counterclaim with well documented evidence that I recently filed in Arbitration, as this situation would then make a lot more sense.  Unfortunately, as His Honor is aware, the Plaintiffs managed to use this Injunction to restrict my trade and drain my limited financial resources, and I have had to walk away from the arbitration process as well, even though I strongly believe I would have prevailed in that forum if I had been able to continue.

I understand there are serious consequences to my actions, but betraying my own moral code would have had even more serious consequences, and I respectfully request that his Honor take these unusual circumstances into consideration.  My only real regret is that I would have liked to have shown His Honor that I was telling the truth, and I would like to state one more time for the record that there is no secret database, no hidden book manuscript, or rival television series in production.  Even though Opposing Counsel tricked me into signing the stipulated Injunction, I have been very careful not to do anything with any of the potential IP that was co-created during my time working with the Plaintiffs, and I will continue to honor that commitment.

1

I am very sorry for how this situation has unfolded, but I really appreciate all of His Honor's time and due consideration in this difficult matter.

Respectfully submitted,

Genevieve von Petzinger

---------- Forwarded message ---------
From: **Genevieve von Petzinger** <[gvonpetz@gmail.com](mailto:gvonpetz@gmail.com)>
Date: Mon, Mar 18, 2024 at 8:04 AM
Subject: Re: 2:23-cv-04295-WLH-JC Practical Magic, LLC et al v. Genevieve Von Petzinger
To: Scott Tenley <[scott@tenleylaw.com](mailto:scott@tenleylaw.com)>

Dear Mr. Tenley,

After much reflection over the past week, I have decided that I cannot in good conscience comply with the Order.  The lack of privacy safeguards in the Order you submitted are, as you and my previous counsel had already discussed, deeply problematic.

Beyond a very narrow band of protected familial and medical/financial information, I would be handing your client unfettered access, from January 2017 (prior to me even meeting your client) to the present, to all my work projects, whether related to the Series or not; all the evidence I have collected of your client's malfeasance; all my private and business correspondence, including email and messaging apps, which is a serious invasion of not only my privacy, but also of all those with whom I've corresponded; as well as imagery of sacred art that is protected by an MOU plus my personal assurances to the indigenous people in question that no other outsiders would ever see their private spiritual imagery.

Integrity is very important to me, and this would be an unacceptable betrayal of trust to everyone in my life, especially with Mr. Lewis' hacking background and his well documented previous malicious attempts to besmirch my character and destroy my reputation.  I will not give him any private information about other people we have in common, and who have supported me during this difficult experience, that he might try to use to punish them, the way he has tried to punish me.  The scope and overreach of the Order you submitted make no sense if your client's only goal is to confirm that there is no "secret database" or other IP directly related to the Series, but it makes perfect sense if this is a fishing expedition. Additionally, yours and your client's ongoing attempts to use this lawsuit to sabotage my career and restrict my trade, as well as your aggressive and uncollaborative behaviour, mean that I have no trust in you or Mr. Lewis behaving in good faith with all this data going into the future, even if I were to turn it over.

To be perfectly clear and to make sure there is no confusion, I will no longer be participating in this Injunction or the related Order.

Please do not contact me again unless you have a serious settlement offer that properly compensates me for your client's misrepresentations, multiple breaches of contract, and his fiscal mismanagement and incompetent handling of my Series, The First Signs, based on my book, my TED talk, my creative notes, my contacts, and my life's work as a respected researcher.


Sincerely,


Genevieve von Petzinger


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.