UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:23-cv-04295-WLH-JCx | Date | April 26, 2024 |
|---|---|---|---|
| Title | Practical Magic, LLC et al v. Genevieve Von Petzinger | | |

Present: The Honorable  WESLEY L. HSU, United States District Judge

| Holidae Crawford | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Scott D. Tenley

**Proceedings:** ORDER TO SHOW CAUSE TO DEFENDANT GENEVIEVE VON PETZINGER AS TO WHY SHE SHOULD NOT BE HELD IN CONTEMPT AND SANCTIONED FOR FAILING TO COMPLY WITH A COURT ORDER [64]

The matter is called, and counsel stated his appearance. Defendant failed to appear for the hearing. On April 24, 2024, the court scheduled an Order to Show Cause re Contempt ("OSC"). Dkt. [64]. Defendant is found in contempt.

The Court orders Compliance with the Preliminary Injunction (Dkt. [57]). Defendant will be sanctioned $250.00 a day, payable to the Court, until she complies. Court orders a bench warrant in lieu of compliance. Bail is set at a 1,000,000.00 without prejudice to reassessment by the Magistrate Judge.

The Court reopens Plaintiffs' applications for attorney's fees and costs incurred in connection with Plaintiffs' Motion to Enforce the Preliminary Injunction (Dkt. [30]), for attorney's fees and costs associated with the forensic collection for which Defendant did not appear, and for attorney's fees and costs with the show cause proceedings. Plaintiffs must submit proof as to the costs and fees incurred.

//
//
//
//

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

The Court declines to stay further litigation on the preliminary injunction. However, Plaintiffs are not required to respond to Defendant's anticipated motion to dissolve unless ordered by the Court.

|  | - | : | 10 |
|---|---|---|---|
| Initials of Deputy Clerk | hc | | |