Scott D. Tenley (Cal. Bar No. 298911)
scott@tenleylaw.com
**TENLEY LAW, P.C.**
2601 Main Street, Suite 850
Irvine, California 92614
Telephone: (949) 749-2300
Facsimile: (949) 620-5727

Attorneys for Plaintiffs
PRACTICAL MAGIC, LLC
ANGEL VALLEY PRODUCTIONS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRACTICAL MAGIC, LLC and ANGEL VALLEY PRODUCTIONS, LLC,<br><br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>GENEVIEVE VON PETZINGER,<br><br>　　　　　Defendant. | Case No. 2:23-cv-04295-WLH(JCx)<br><br>**APPLICATION FOR ENTRY OF DEFAULT**<br><br>[Declaration of Scott D. Tenley filed concurrently herewith] |

**TO THE CLERK OF COURT:**

　　Plaintiffs Practical Magic, LLC and Angel Valley Productions, LLC, by and through their counsel of record, respectfully request that the Clerk of Court enter default in this action pursuant to Federal Rule of Civil Procedure 55(a) against defendant Genevieve von Petzinger ("Defendant") on the grounds that Defendant was duly served with the Second Amended Complaint in this action but failed to plead or respond within the time prescribed by the Federal Rules of Civil Procedure. *See* Declaration of Scott D.

1  Tenley in support of Plaintiffs' Application for Entry of Default, submitted concurrently
2  herewith.

3                            Respectfully Submitted
4  DATED: January 29, 2025    **TENLEY LAW, P.C.**

6  _____
   SCOTT D. TENLEY

8  Attorneys for Plaintiffs
   PRACTICAL MAGIC, LLC
9  ANGEL VALLEY PRODUCTIONS, LLC

1
PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT